# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**23**
**CA 13-00981**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND DEJOSEPH, JJ.

---

ADAM VILLAR, PLAINTIFF-APPELLANT,

V                                              MEMORANDUM AND ORDER

TIMOTHY B. HOWARD, ERIE COUNTY SHERIFF,
DEFENDANT-RESPONDENT.
(APPEAL NO. 3.)

---

CONNORS & VILARDO, LLP, BUFFALO (PAUL A. WOODARD OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

MICHAEL A. SIRAGUSA, COUNTY ATTORNEY, BUFFALO (KENNETH R. KIRBY OF
COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered May 21, 2013. The order denied the motion of plaintiff seeking leave to renew.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same memorandum as in *Villar v Howard* ([appeal No. 1] ___ AD3d ___ [Mar. 20, 2015]).

Entered:  March 20, 2015                        Frances E. Cafarell
                                                Clerk of the Court